## IN THE MATTER OF GEORGE McDOUGALL, REGISTER FOR THE COUNTY OF WAYNE

JOURNAL ENTRIES (1819): *Journal 2:* (1) Motion for rule to show cause *p. 748. *Journal 3:* (2) Motion argued *p. 10.
PAPERS IN FILE: [None]

## GEORGE B. LARNED AND GEORGE E. WATSON *versus* WILLIAM G. TAYLOR, LOWRIN MARSH AND HEMAN BROWN, JR.

JOURNAL ENTRIES (1819): *Journal 3:* (1) Judgment *p. 40.
PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for execution ca. sa.; (3) writ of ca. sa.; (4) precipe for alias ca. sa.; (5) alias ca. sa.; (6) precipe for pluries ca. sa.; (7) pluries ca. sa.; (8–9) promissory notes.
*Office Docket*, MS p. 99, c. 1.

## IN THE MATTER OF DANIEL FERGUSON

JOURNAL ENTRIES (1820): *Journal 3:* (1) Writ returned, body produced, return held sufficient, prisoner remanded *p. 43.
PAPERS IN FILE: [None]